Debtor name **The BarTech Group of Illinois, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **22-10945 (TAB)**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Beverly Bank & Trust Company** | **Certificate of Deposit** | 6518 | $10,000.00 |
| 3.2. | **Bank of America** | **General Operating** | 6900 | $341,227.09 |
| 3.3. | **Bank of America** | **Payroll Account** | 9008 | $922.47 |
| 3.4. | **Fifth Third Bank** | **Operating Account** | 2054 | $1,776.56 |
| 3.5. | **Fifth Third Bank** | **Payroll Account** | 1953 | $22.37 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$353,948.49

| Part 2: | Deposits and Prepayments |
| --- | --- |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 3:</td><td>Accounts receivable</td></tr>
</table>

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 2,092,038.89 | - | 130,622.62 | =.... | $1,961,416.27 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $1,961,416.27 |
|---|

<table>
<tr><td>Part 4:</td><td>Investments</td></tr>
</table>

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 5:</td><td>Inventory, excluding agriculture assets</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 6:</td><td>Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.     **Office furniture** | | | |
| 40.     **Office fixtures** | | | |
| 41.     **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers and Toshiba Copier | $876.00 | depreciated valu | $876.00 |
| Software | $0.00 | | $0.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                    $876.00
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2020 Ford F-150 - vinxxx6823** | $32,424.94 | **Market Value** | $954.59 |
| 47.2.  **2018 Ford F-150 Crew Cab XLT vinxxx4550** | $15,078.45 | **Market Value** | $0.00 |
| 47.3.  **2020 Ford Edge Utility 4D SE 2 OL 14 Turbo viv xxx6117** | $13,020.07 | **Market Value** | $0.00 |
| 47.4.  **2019 Ford Ranger Extended Cab XL 4WD 2.3L14 Turbo vinxxx6300** | $12,272.22 | **Market Value** | $0.00 |
| 47.5.  **2019 Ford F-250 Super Duty Crew Cab XL 4WD 6.2L V8 vinxxx0099** | $13,418.17 | **Market Value** | $0.00 |
| 47.6.  **2 CAT 279Ds - Sn:  GTL05078 and GTL05982** | $36,902.00 | **Market Value** | $12,231.80 |
| 47.7.  **2019 Ford F-150 Extended Cab XL EcoBoost 4WS 2.7L V6 Turbo vinxxx8252** | $17,854.73 | **Market Value** | $581.56 |
| 47.8.  **2014 Dodge vinxxx7397** | $13,933.33 | **Market Value** | $1,266.66 |
| 47.9.  **2016 Morris Carringe Trailer vinxxx5850** | $2,989.43 | **Market Value** | $385.73 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 47.10 | **Chassis 2007 LAtec vinxxx0005 trailer** | $16,866.67 | Market Value | $1,533.33 |
| 47.11 | **2014 Dodge 5500/sm Boom vinxxx7397** | $0.00 | Market Value | $0.00 |
| 47.12 | **2015 Takeuchi Skidsteer vinxxx1148** | $0.00 | Market Value | $0.00 |
| 47.13 | **2016 Carringe Trailer vinxxx5850** | $22,582.67 | Market Value | $18,066.14 |
| 47.14 | **2017 F-350  vinxxx4914** | $3,600.00 | Merket Value | $3,600.00 |
| 47.15 | **2018 F-150 vinxxx6566** | $18,334.78 | Market Value | $18,334.78 |
| 47.16 | **2017 Ford  F-350 vinxxx2433** | $18,711.00 | Market Value | $18,711.00 |
| 47.17 | **2018 Ford F-150 vinxxx2783** | $20,781.18 | Market Value | $10,162.94 |
| 47.18 | **2019 Sutton Ford extended cab** | $1,333.33 | Market Value | $333.33 |
| 47.19 | **2019 Ford Transit Van 250 vinxxx5324** | $12,866.64 | Market Value | $1,979.49 |
| 47.20 | **2019 Ford Extended Cab** | $2,700.00 | Market Value | $400.00 |
| 47.21 | **2011 Mercedes G55 Amg Truck vinxxx1602** | $45,738.34 | Market Value | $5,082.04 |
| 47.22 | **2018 Morris Trailer vinxxx2312** | $3,249.75 | Market Value | $371.40 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Tools, wire puller, G60 Post driver, misc. equipment**   $160,446.57   $80,000.00

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $173,994.79 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

---

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Year to Year Lease on the property at 236 East 161st Place, South Holland, IL from the Village of South Holland.** | **Tenant** | $0.00 | | $0.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $353,948.49 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $1,961,416.27 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $876.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $173,994.79 | |
| 88. | **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,490,235.55 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,490,235.55 |

Debtor name **The BarTech Group of Illinois, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **22-10945 (TAB)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

**2.1 Ally Bank**
Creditor's Name

**C/o AIS Portfolio Services LLC**
**4515 N.Santa Fe Ave, Dept APS**
**Oklahoma City, OK 73118**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/10/2019**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2020 Ford Edge Utility 4D SE 2 OL 14 Turbo viv xxx6117**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$14,682.90**    Column B: **$0.00**

**2.2 Ally Bank**
Creditor's Name

**C/o AIS Portfolio Services LLC**
**4515 N.Santa Fe Ave, Dept APS**
**Oklahoma City, OK 73118**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**4/12/2019**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**2018 Ford F-150 Crew Cab XLT vinxxx4550**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$15,159.71**    Column B: **$0.00**

| | | |
|---|---|---|
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

| | | | |
|---|---|---|---|
| **2.3** **Ally Bank** | Describe debtor's property that is subject to a lien | $12,912.76 | $0.00 |
| Creditor's Name | **2019 Ford Ranger Extended Cab XL 4WD** | | |
| **C/o AIS Portfolio Services LLC** | **2.3L14 Turbo vinxxx6300** | | |
| **4515 N.Santa Fe Ave, Dept APS** | | | |
| **Oklahoma City, OK 73118** | | | |
| Creditor's mailing address | Describe the lien | | |
| | | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No | | |
| **4/24/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| | | | |
|---|---|---|---|
| **2.4** **Ally Bank** | Describe debtor's property that is subject to a lien | $14,047.40 | $0.00 |
| Creditor's Name | **2019 Ford F-250 Super Duty Crew Cab XL** | | |
| **C/o AIS Portfolio Services LLC** | **4WD 6.2L V8 vinxxx0099** | | |
| **4515 N.Santa Fe Ave, Dept APS** | | | |
| **Oklahoma City, OK 73118** | | | |
| Creditor's mailing address | Describe the lien | | |
| | | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| | | | |
|---|---|---|---|
| **2.5** **Ally Bank** | Describe debtor's property that is subject to a lien | $17,273.17 | $581.56 |

---

| | | | |
|---|---|---|---|
| Creditor's Name<br>**C/o AIS Portfolio Services LLC**<br>**4515 N.Santa Fe Ave, Dept APS**<br>**Oklahoma City, OK 73118**<br>Creditor's mailing address | **2019 Ford F-150 Extended Cab XL EcoBoost 4WS 2.7L V6 Turbo vinxxx8252** | | |

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/23/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Ally Bank** | Describe debtor's property that is subject to a lien | $10,887.15 | $1,979.49 |
|---|---|---|---|---|
| | Creditor's Name<br>**C/o AIS Portfolio Services LLC**<br>**4515 N.Santa Fe Ave, Dept APS**<br>**Oklahoma City, OK 73118**<br>Creditor's mailing address | **2019 Ford Transit Van 250 vinxxx5324** | | |

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/18/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Ally Bank** | Describe debtor's property that is subject to a lien | $10,618.24 | $10,162.94 |
|---|---|---|---|---|
| | Creditor's Name<br>**C/o AIS Portfolio Services LLC**<br>**4515 N.Santa Fe Ave, Dept APS**<br>**Oklahoma City, OK 73118**<br>Creditor's mailing address | **2018 Ford F-150 vinxxx2783** | | |

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Date debt was incurred**

**Last 4 digits of account number**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ally Bank** | Describe debtor's property that is subject to a lien | $4,516.53 | $18,066.14 |
|-----|---------------|------------------------------------------------------|-----------|------------|

Creditor's Name

**C/o AIS Portfolio Services LLC**
**4515 N.Santa Fe Ave, Dept APS**
**Oklahoma City, OK 73118**
Creditor's mailing address

**2016 Carringe Trailer vinxxx5850**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ally Bank** | Describe debtor's property that is subject to a lien | $2,300.00 | $400.00 |
|-----|---------------|------------------------------------------------------|-----------|---------|

Creditor's Name

**C/o AIS Portfolio Services LLC**
**4515 N.Santa Fe Ave, Dept APS**
**Oklahoma City, OK 73118**
Creditor's mailing address

**2019 Ford Extended Cab**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.1 0 | **Ally Bank** | | Describe debtor's property that is subject to a lien | $15,333.33 | $1,533.33 |
|---|---|---|---|---|---|

Creditor's Name

**C/o AIS Portfolio Services LLC**
**4515 N.Santa Fe Ave, Dept APS**
**Oklahoma City, OK 73118**
Creditor's mailing address

**Chassis 2007 LAtec vinxxx0005 trailer**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Ally Bank** | | Describe debtor's property that is subject to a lien | $2,603.70 | $385.73 |
|---|---|---|---|---|---|

Creditor's Name

**C/o AIS Portfolio Services LLC**
**4515 N.Santa Fe Ave, Dept APS**
**Oklahoma City, OK 73118**
Creditor's mailing address

**2016 Morris Carringe Trailer vinxxx5850**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Ally Bank** | | Describe debtor's property that is subject to a lien | $2,878.35 | $371.40 |
|---|---|---|---|---|---|

Creditor's Name

**C/o AIS Portfolio Services LLC**
**4515 N.Santa Fe Ave, Dept APS**
**Oklahoma City, OK 73118**
Creditor's mailing address

**2018 Morris Trailer vinxxx2312**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Ally Bank** | Describe debtor's property that is subject to a lien | $12,666.67 | $1,266.66 |
|---|---|---|---|---|

Creditor's Name

**C/o AIS Portfolio Services LLC**
**4515 N.Santa Fe Ave, Dept APS**
**Oklahoma City, OK 73118**
Creditor's mailing address

**2014 Dodge vinxxx7397**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Altec Capital Services, LLC** | Describe debtor's property that is subject to a lien | $50,358.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**33 Inverness Center Parkway SUI**
**Birmingham, AL 35242**
Creditor's mailing address

**Two Construction Vehicles Leases**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**On UCC search**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Caterpillar Financial Services Corp** | | $24,670.20 | $12,231.80 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2 CAT 279Ds - Sn: GTL05078 and GTL05982**

**2120 West End Ave.**
**Nashville, TN 37203**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 6 | **CT Corporation System, as represent** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Notice Purpose Only**

**330 N Brand Blvd.**
**Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**On UCC search**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **DKB Holdings LLC** | | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Notice Purpose Only**

**3246 East Buried Oak Drive**
**Crete, IL 60417**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**On UCC search**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 8 | **Fifth Third Bank** | Describe debtor's property that is subject to a lien | $851,191.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**222 South Riverside Plaza
Chicago, IL 60606**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 9 | **Ford Motor Credit Company LLC** | Describe debtor's property that is subject to a lien **2020 Ford F-150 - vinxxx6823** | $31,470.35 | $954.59 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 62180
Colorado Springs, CO 80962**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 2.2 0 | **IBEW Local 701** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Arnold and Kadjan**
**19 W Jackson Blvd, Suite**
**300**
**Chicago, IL 60604**

Creditor's mailing address

**Notice Purpose Only**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**On UCC search**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Libertas Funding LLC** | Describe debtor's property that is subject to a lien | $64,285.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**411 West Putnam Ave**
**Suite 220**
**Greenwich, CT 06380**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 2 | **MB Financial Bank, NA** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**6111 N. River Road**
**Rosemond, IL 60018**

Creditor's mailing address

**Notice Purpose Only**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

| | |
|---|---|
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **On UCC search** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | | |
|---|---|---|---|
| **2.23** **Mercedes Benz of Orland Park** | **Describe debtor's property that is subject to a lien** | $40,656.30 | $45,738.34 |
| Creditor's Name | **2011 Mercedes G55 AMG Truck vinxxx1602** | | |
| **P.O. Box 685** | | | |
| **Roanoke, TX 76262** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $1,198,510.76

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dinsmore & Shohl, LLP** **222 W. Adams Street, Suite 3400** **Attn: Alexander Wright** **Chicago, IL 60606** | Line   **2.18** | |

Debtor name  **The BarTech Group of Illinois, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **22-10945 (TAB)**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Comptroller of Maryland**<br>**301 W. Preston Street**<br>**Baltimore, MD 21201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36,836.37** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Delaware Department of Labor**<br>**Division of Unemployment**<br>**Insurance**<br>**P.O. Box 41785**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$222.75** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,021.36** | $0.00 |
|---|---|---|---|---|
| | **Delaware Withholding Tax**<br>**Delaware Division of Revenue**<br>**P.O. Box 830**<br>**Wilmington, DE 19899** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,217,783.50** | $0.00 |
|---|---|---|---|---|
| | **Electronic Federal Tax Payment**<br>**IRS**<br>**Ogden, UT 84201-0039** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$253,225.26** | $0.00 |
|---|---|---|---|---|
| | **Ilinois Department of Revenue**<br>**P.O. Box 19035**<br>**Springfield, IL 62794** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,267.00** | $0.00 |
|---|---|---|---|---|
| | **IWDC Benefit & Pension Plan**<br>**12 Edison Place**<br>**Springfield, NJ 07081** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,819.89 | $0.00 |
|---|---|---|---|---|

**Natl Electrical Ben. Fund 134**
**5 Westbrook Center, Ste. 94**
**Westchester, IL 60154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,775.13 | $0.00 |
|---|---|---|---|---|

**Natl Electrical Ben. Fund 701**
**31 W. 007 North Avenue, Suite 100**
**West Chicago, IL 60185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,646.66 | $0.00 |
|---|---|---|---|---|

**Natl Electrical Ben. Fund 9**
**5 Westbrook Corp. Center, Ste. 94**
**Westchester, IL 60154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,066.72 | $0.00 |
|---|---|---|---|---|

**Pennsylvania Dept of Revenue**
**1854 Brookwood St.**
**Harrisburg, PA 17104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,111.02 | $0.00 |
|---|---|---|---|---|

| 2.11 | Priority creditor's name and mailing address<br>**Virginia State Withholding**<br>**P.O. Box 27592**<br>**Richmond, VA 23261** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Accident Fund**<br>**P.O. Box 77000**<br>**Dept. 77125**<br>**Detroit, MI 48277-0125** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $16,259.60 |
|---|---|---|---|

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address<br>**ADT**<br>**P.O. Box 219044**<br>**Kansas City, MO 64121** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $142.94 |
|---|---|---|---|

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address<br>**Advance Electrical Supply**<br>**P.O. Box 3016**<br>**Indianapolis, IN 46206-3016** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,517.59 |
|---|---|---|---|

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address<br>**Advanced Solutions & Controls**<br>**2050 Byers Road**<br>**Miamisburg, OH 45342** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $154.59 |
|---|---|---|---|

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account
number **jhurst@as-controls.com**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address<br>**Ahern Rental**<br>**1401 Mineral Ave**<br>**Las Vegas, NV 89106** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,538.92 |
|---|---|---|---|

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,999.00 |
|---|---|---|---|

**Amplified Recruiting**
**1801 Woodfied Drive**
**Savoy, IL 61874**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,360.72 |
|---|---|---|---|

**Anixter Inc.**
**P.O. Box 847428**
**Dallas, TX 75284-7428**

Date(s) debt was incurred __

Last 4 digits of account
number __lori.crump@anixter.com__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,770.45 |
|---|---|---|---|

**Architectural Iron Workers**
**1520 Kensington Road**
**Oak Brook, IL 60523**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,251.28 |
|---|---|---|---|

**Badger Daylighting Corp**
**Lockbox #1627**
**P.O. Box 95000**
**Philadelphia, PA 19195-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**Chicago Cut Concrete Cutting I**
**810 Morse Ave**
**Schaumburg, IL 60193**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $982.41 |
|---|---|---|---|

**Cintas**
**P.O. Box 631025**
**Cincinnati, OH 45263-1025**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,127.56 |
|---|---|---|---|

**City Electric Supply**
**42671 Dulles Trade Ct., Ste. 110**
**Sterling, VA 20166**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,940.00 |
|---|---|---|---|

**Cobra Concrete Cutting**
2416 E Oakton Street
Arlington Heights, IL 60005

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431.76 |
|---|---|---|---|

**Comed**
P.O. Box 6111
Carol Stream, IL 60197-6111

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.00 |
|---|---|---|---|

**Concentra**
5080 Spectrum Drive
Suite 1200 W
Addison, TX 75001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,084.20 |
|---|---|---|---|

**Connexion**
1700 Leider Lane, Suite 100
Buffalo Grove, IL 60089

Date(s) debt was incurred _
Last 4 digits of account number _shinchey@connexiones.com_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,876.27 |
|---|---|---|---|

**Crescent Electric Supply Co.**
P.O. Box 500
East Dubuque, IL 61025-4418

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,150.00 |
|---|---|---|---|

**Custom Truck One Source**
7701 E. 24 Highway
Kansas City, MO 64125

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,235.95 |
|---|---|---|---|

**ERICO International Corporation**
31700 Solon Rd.
Solon, OH 44139

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,089.80 |
|---|---|---|---|
| | **Esscoe L.L.C.** | ☐ Contingent | |
| | **570 Oakwood Road** | ☐ Unliquidated | |
| | **Lake Zurich, IL 60047** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.60 |
|---|---|---|---|
| | **Fastenal** | ☐ Contingent | |
| | **P.O. Box 978** | ☐ Unliquidated | |
| | **Winona, MN 55987** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,504.36 |
|---|---|---|---|
| | **FNH Ready Mix** | ☐ Contingent | |
| | **P.O. Box 747** | ☐ Unliquidated | |
| | **Freeport, IL 61032** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,183.15 |
|---|---|---|---|
| | **Foley Rents** | ☐ Contingent | |
| | **P.O. Box 787132** | ☐ Unliquidated | |
| | **Philadelphia, PA 19178** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,292.64 |
|---|---|---|---|
| | **Fringe Benefit Fund Account** | ☐ Contingent | |
| | **P.O. Box 708** | ☐ Unliquidated | |
| | **Lansing, IL 60438** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,653.12 |
|---|---|---|---|
| | **HERC Rentals, Inc.** | ☐ Contingent | |
| | **P.O. Box 936257** | ☐ Unliquidated | |
| | **Atlanta, GA 31193** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,686.01 |
|---|---|---|---|
| | **Hilti Inc.** | ☐ Contingent | |
| | **P.O. Box 70299** | ☐ Unliquidated | |
| | **Philadelphia, PA 19176-0299** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$186,225.00** |
|---|---|---|---|
| | **Hurtt Fabricating Corporation**<br>P.O. Box 128<br>Marceline, MO 64658 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,132.22** |
|---|---|---|---|
| | **IBEW Local #9**<br>P.O. Box 50<br>Ms. Angela Shelly<br>Pewaukee, WI 53072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,494.49** |
|---|---|---|---|
| | **IBEW Local 701 Fringe Benefit**<br>P.O. Box 95299<br>Chicago, IL 60694-5299 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,318.00** |
|---|---|---|---|
| | **Interstate Electronics Company**<br>600 Joliet Road<br>Willowbrook, IL 60527 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,116.00** |
|---|---|---|---|
| | **Iron Workers District Council**<br>12 Edison Place<br>Springfield, NJ 07081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,410.93** |
|---|---|---|---|
| | **Iron Workers Local 498**<br>5640 Sockness Dr.<br>Rockford, IL 61109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,379.63** |
|---|---|---|---|
| | **Iron Workers Local 498 Pension**<br>5200 W. Loomis Road<br>Greendale, WI 53129 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Iron Workers Local Union #444**
2082 Oak Leaf Street
Joliet, IL 60436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.44 |
|---|---|---|---|

**Iron Workers Local Union #444**
2082 Oak Leaf Street
Joliet, IL 60436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,758.50 |
|---|---|---|---|

**Iron Workers Local Union 401**
11600 Norcom Road
Philadelphia, PA 19154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.18 |
|---|---|---|---|

**Iron Workers Tri State Welfare**
Dept. CH 18157
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,231.85 |
|---|---|---|---|

**Iron Workers Tri-State Welfare**
Dept. CH 18157
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $481.00 |
|---|---|---|---|

**J&J Maintenance Co.**
723 Streiff Lane
Glenwood, IL 60425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,913.50 |
|---|---|---|---|

**J. Ave Development Inc.**
16430 New Ave.
Lemont, IL 60439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.79 |
|---|---|---|---|

**Jacks Inc.**
6638-42 W. 26th
Berwyn, IL 60402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,843.47 |
|---|---|---|---|

**Kencove Farm Fence**
344 Kendall Road
Blairsville, PA 15717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kustom Towing Inc.**
7664 W. Lawndale Ave
P.O. Box 111
Summit Argo, IL 60501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number **kustomtowinginc.att.net**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,740.51 |
|---|---|---|---|

**L&C Enterprises - USA**
6652N. 75 Drive
Escanaba, MI 49829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**LA Fasteners Inc.**
15W650S Frontage Road
Willowbrook, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,830.00 |
|---|---|---|---|

**Landing Holdings, Inc.**
17 20th Street
Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160,745.54 |
|---|---|---|---|

**Local 26 IBEW-NECA Joint Trust**
10003 Derekwood Lane, Suite 130
Accounting Dept.
Lanham, MD 20706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,312.19 |
|---|---|---|---|

**Local 451 Combine Funds**
**Zenith American Solutions**
**501 Carr Road, Suite 220**
**Wilmington, DE 19809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,375.52 |
|---|---|---|---|

**Local 9 IBEW & Outside Con**
**18670 Graphics Drive, Suite 201**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,625.32 |
|---|---|---|---|

**Low Voltage Solutions Inc.**
**20516 CantonFarm Road**
**Lockport, IL 60441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,195.00 |
|---|---|---|---|

**Lustig & Wickert, P.C.**
**3400 Dundee Road**
**Northbrook, IL 60062-2350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,471.88 |
|---|---|---|---|

**Mid-America Fringe Benefit Fun**
**2350 E. 170th Street**
**Lansing, IL 60438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,985.20 |
|---|---|---|---|

**Mobile Mini**
**P.O. Box 650882**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,280.00 |
|---|---|---|---|

**Normandy Machine Co.**
**815 E. Cherry Street**
**Troy, MO 63379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,665.96 |
|---|---|---|---|

**Owen Supply**
10052 Clow Creek Rod.
Plainfield, IL 60585

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,355.94 |
|---|---|---|---|

**Perimeter Access System Service**
116 Paul Street
Elburn, IL 60119

Date(s) debt was incurred _
Last 4 digits of account number  **ocom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.00 |
|---|---|---|---|

**Physicians Immediate Care**
P.O. Box 8799
Carol Stream, IL 60197-8799

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,082.78 |
|---|---|---|---|

**Pro Access Systems**
116 Paul Street
Elburn, IL 60119

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **kwesson@G8pro.com**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,476.00 |
|---|---|---|---|

**Rails Company**
101 Newark Way
Maplewood, NJ 07040-3393

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,835.06 |
|---|---|---|---|

**Residence Inn - Heritage Inn**
1330 Caraway Court
Largo, MD 20774

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,912.24 |
|---|---|---|---|

**Ridge Fence Supply Inc.**
P.O. Box 172
Chicago Ridge, IL 60415

Date(s) debt was incurred _
Last 4 digits of account number  **caremerri@gmail.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,772.00 |
|---|---|---|---|

**Riley Safer Holmes & Cancila**
70 Madison Street
Suite 2900
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.75 |
|---|---|---|---|

**Safelite Fulfillment Inc.**
P.O. Box 633197
Cincinnati, OH 45263-3197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,215.78 |
|---|---|---|---|

**SIMCO Electronics**
P.O. Box 743855
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,136.00 |
|---|---|---|---|

**Sound Incorporated**
1550 Shore Road
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280,657.72 |
|---|---|---|---|

**Stephens Pipe & Steel LLC**
P.O. Box 618
Russell Springs, KY 42642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.85 |
|---|---|---|---|

**Sunbelt Rentals**
P.O. Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,492.20 |
|---|---|---|---|

**Sunrise Electric**
130 Addison Rd.
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,564.06 |
|------|--------------------------------------------------|------------------------------------------------------------------------|------------|

**TMS Supplies, Inc**
8505-G Euclid Ave
Manassas, VA 20111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,173.60 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Toshiba Business Solutions**
2600 Stanley Gault Pkwy
Suite 400
Louisville, KY 40223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,202.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Travelers**
P.O. Box 660317
Dallas, TX 75266-0317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,212.60 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Trimble Navigation Ltd.**
P.O. Box 203558
Dallas, TX 75320-3558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,587.59 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Uline Inc.**
P.O. Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $401.88 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**United Rentals (North America)**
P.O. Box 840514
Dallas, TX 75284-0514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,801,685.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------------|

**US Small Business Administration**
433 California Street
San Francisco, CA 94104

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __PPP Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,039.75 |
|---|---|---|---|

**Verizon**
P.O. Box 25505
Lehigh Valley, PA 18002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.54 |
|---|---|---|---|

**W.W. Grainger, Inc.**
100 Grainger Parkway
Lake Forest, IL 60045-5201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $664.40 |
|---|---|---|---|

**Western Remac, Inc.**
1740 Internationale Parkway
Woodridge, IL 60517

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wex Bank**
P.O. Box 6293
Carol Stream, IL 60197

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,707.45 |
|---|---|---|---|

**Williams Scotsman**
P.O. Box 91975
Chicago, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 2,591,775.66 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,461,435.23 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 6,053,210.89 |

**Fill in this information to identify the case:**

Debtor name    **The BarTech Group of Illinois, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **22-10945 (TAB)**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Year to Year Lease on the property located at 236 East 161st Place, South Holland, IL**<br><br>**Village of South Holland**<br>**16226 Wausau Avenue**<br>**South Holland, IL 60473** |

Fill in this information to identify the case:

Debtor name **The BarTech Group of Illinois, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **22-10945 (TAB)**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                    Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Benjamin Garrett** | **1532 Tiree Court**<br>**Flossmoor, IL 60422** | **Libertas Funding LLC** | ■ D  **2.21**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Dwayne Barlow** | **3246 E. Baried Oak Drive**<br>**Crete, IL 60417** | **Fifth Third Bank** | ■ D  **2.18**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Dwayne Barlow** | **3246 E Baried Oak Drive**<br>**Crete, IL 60417** | **Libertas Funding LLC** | ■ D  **2.21**<br>☐ E/F ____<br>☐ G ____ |