# EXHIBIT H

EXHIBIT H
(as of 6/6/23)

**Assumed Contracts and Leases - With Cure Costs \***
The Bar Tech Group of Illinois- Chapter 11 Plan of Reorganization

| **Creditors** | **Contracts/ Agreement/ Lease** | **Cure Costs** | NOTES |
|---|---|---|---|
| PNC Bank/ PNC Equipment Finance LLC (assignee of Altec Capital) | Equipment Lease (6/2021) | $0.00 | Total proof of claim amount $296,388.20 |
| Runnion Equipment Company | Equipment rental agreement (11/2021) | $11,370.00 | Total proof of claim amount $67,000.00 |
| Aldridge Electric Inc. | Work Release Agreements dated 7/28/20, 2/16/21, 3/15/21, 3/19/21, 3/2/22. | - | |
| Other contracts and agreements of the debtor not already rejected, including rights of the debtor under certain Collective Bargaining Agreements (CBA) and other agreements, to the extent applicable, including but not limited to the following: | | | See Exhibit C (Pre-petition Claims), Exchibit D (Accrued Administrative Expense Claims/ Post-Petition), and Exhibit G (List of Unions), to the extent applicable. |
| | Collective Bargaining Agreement between International Brotherhood of Electrical Workers (AFL-CIO) and Middle States Electrical Contractors Association of the City of Chicago (May 2021 to May 2025) | - | |
| | Collective Bargaining Agreement between Middle States Electrical Contractors Association of the City of Chicago and International Brotherhood of Electrical Workers Local Union No. 9 | See Plan Exhibit G (list of Unions) for pre-petition and post-petition amounts. | Local 9 filed proof of claim for $191,627.11 (priority $152,812.07, and unsecured $38,815.04). National Electrical Ben. Fund 9 has scheduled claim of $3,646.66. |
| | Inside Wireman Agreement, dated June 1, 2021, between Washington D.C. Chapter National Electrical Contractors Association, and Local Union No. 26 International Brotherhood of Electrical Workers | See Plan Exhibit G (list of Unions) for pre-petition and post-petition amounts. $113,118.50 priority claim owed to Local 26 pursuant to Mass Electric Stay Relief Motion. | Local 26 filed proof of claim for $177,076.23 (priority $161,603.14, and unsecured $15,473.09). |
| | Fence Agreement between Fence Contractors Association of Greater Chicago, Inc. and Architectural and Ornamental Ironworkers' Union, Local 63, of the International Association of Bridge, Structural, Reinforcing and Ornamental Iron Workers (AFL-CIO) (effective June 2020 to May 2025) | See Plan Exhibit G (list of Unions) for pre-petition and post-petition amounts. | Local 63 filed priroity proof of claim for $163,795.98 (ballot voted claim amount of $184,055.99) |
| | Principal Agreement by and between The Electrical Contractors' Association of City of Chicago and Local Union No. 134 International Brotherhood of Electrical Workers (dated Aug 25, 1021, as amended to May 31, 2026) | See Plan Exhibit G (list of Unions) for pre-petition and post-petition amounts | Stipulation between the Debtor and Local 134 [Doc. No. 321] addresses cure costs in the amount of $92,504.16. National Electrical Ben. Fund 134 has scheduled claim of $10,819.89. Electrical Insurance Trustees filed proof of claim for $66,788.91 ($55,657.43 priority, and $11,131.48 unsecured). |

3625538.5

| | Inside/ Commercial Agreement by and between The DuPage County Division, Northeastern Illinois Chapter, NECA and Local Union 701, IBEW | See Plan Exhibit G (list of Unions) for pre-petition and post-petition amounts. | Local 701 filed proof of claim for $177,513.58 (priority $53,190.24, and unsecured $124,323.34).    National Electrical Ben. Fund 701 has scheduled claim of $2,775.13 |

\* The Debtor reserves all rights as to whether a purported lease is a "true" lease or financing transaction, and as to whether a contract is "executory" for purposes of section 365 of the Bankruptcy Code

3625538.5