UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10945 |
| The Bartech Group of Illinois, Inc., | ) | Chapter 11 |
| Debtor. | ) | Judge Timothy A. Barnes |

# FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO RINGOLD FINANCIAL MANAGEMENT SERVICES, INC., AS CFO AND ACCOUNTANTS TO THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 124,820.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 9,412.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 115,408.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $ 115,408.00

This matter comes on for consideration on the Second Amended Interim and Final Application for Compensation for Ringold Financial Management Services Inc, Accountant [Dkt. No. 770] (the "Second Amended Fee Application") brought by attorney Philip Groben III ("Mr. Groben") on behalf of Ringold Financial Management Services Inc ("Ringold"). In considering the application, the court finds as follows:

A. On September 29, 2022, Bartech Group of Illinois, Inc. (the "Debtor") filed an application to employ Ringold as a financial advisor [Dkt. No. 33]. Before the court could approve the application, the Debtor filed an amended application to employ Ringold as accountant and interim CFO (the "Amended Application to Employ") [Dkt. No. 98], mooting the original application. *See* Dkt. No. 104.

B. On November 9, 2022, the court entered an order granting the Amended Application to Employ. *See* Dkt. No. 107.

C. On September 21, 2023, Ringold filed a final application for compensation [Dkt. No. 494], which failed to comply with the court's procedures.

D. On December 11, 2023, attorney John Wickert filed an amended application for compensation (the "Amended Fee Application") [Dkt. No. 576] on behalf of Ringold that equally failed to comply with the court's procedures.

E. In response to the Amended Fee Application, on December 12, 2023, the Debtor filed a statement [Dkt. No. 577] that alleged that Ringold was receiving monthly payments in violation of the court's order approving the Amended Application to

Employ, which required that payments only be made through an interim or final fee application. The statement also alleged that Ringold refused to return the money, ceased her employment with the Debtor, and solicited four of the Debtor's key employees to work for her firm, a competitor of the Debtor, on her way out.

F. On December 13, 2023, the court entered a scheduling order setting a deadline for Ringold to file a reply to the Debtor's statement and a hearing. *See* Dkt. No. 578.

G. Ringold filed its reply [Dkt. No. 592] on January 16, 2024, denying the Debtor's allegations, including the allegation that she "pilfered" the Debtor's employees.

H. On September 20, 2024, the Debtor commenced an adversary proceeding against Ringold.

I. On December 20, 2024, Mr. Groben filed this Second Amended Fee Application.

J. On May 13, 2026, the Debtor requested approval of a settlement with Ringold. Motion to Approve Settlement with Ringold Financial Management Services, Inc., Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [Dkt. No. 968] (the "Settlement Motion").

K. Under the Settlement Motion, the Debtor agreed to withdraw its objections to the Second Amended Fee Application and instead support the same, in return for various undertakings by Ringold and a payment to the Debtor of $22,500.00 (the "Settlement"). *Id.*

L. On June 10, 2026, the court approved the Settlement and granted the Settlement Motion. Order Granting Motion to Approve Settlement with Ringold Financial Management Services, Inc., Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [Dkt. No. 972].

M. At the June 10, 2026, hearing, the court admonished Ringold for its unprofessional interactions with the court throughout the case and noted that Ringold will *never* represent another debtor before this court. At the hearing Mr. Groben represented that Ringold voluntarily reduced its fees, but the court took the matter under advisement to conduct a neutral evaluation of the application on its face.

N. Consequently, the attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.[1]

---

[1] Each of the reductions set forth below is annotated on Exhibit A attached hereto. While the court has in the past forgiven violations in light of voluntary reductions, in light of Ringold's behaviour in this case, the court declines to do so here. Nonetheless, in light of the Settlement, the court declines to enforce additional reductions against Ringold beyond those itemized herein but will revisit that conclusion should it come to light that Ringold has in any way failed to perform its obligations under the Settlement. This determination does not in any fashion change Ringold's obligations under the Settlement.

O. Based on the foregoing, the court has reviewed Ringold's amended request for fees and costs in the Second Amended Fee Application, and concludes the following:

(4) Insufficient Description – TOTAL of disallowed amounts: $5,037.50

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-09 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(7) Lumping – TOTAL of disallowed amounts (10% of affected entries): $2,025.00

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(9) Improper Time Increments for Billing – TOTAL of disallowed amounts: $875.00

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

(13) No Benefit to the Estate – TOTAL of disallowed amounts: $1,475.00

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

Dated: September 29, 2026

Timothy A. Barnes, Judge
United States Bankruptcy Court

EXHIBIT A

| Name | Date | Time | Amount | Description of Task | Fee Category | |
|---|---|---|---|---|---|---|
| Michelle Ringold | 9/26/2022 | 1.5 | $375.00 | Created an Accounts Payable (AP) & Accounts Receivable (AR) ledger by project using information in Foundation, identified projects that had more AP than AR and submitted to owners Dwayne & Ben for review & Action plan. | Bookkeeping/Accounting | (7) |
| Michelle Ringold | 9/26/2022 | 0.5 | $125.00 | Met with Dwayne & Ben to discuss Bankruptcy case and to discuss financial data needed. | Cash Report Preparation | |
| Gloria Pankowski | 9/27/2022 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 9/28/2022 | 1.5 | $225.00 | Investigated various GL account balance activity needed by Michelle to complete Cashflow projections | Bookkeeping/Accounting | |
| Michelle Ringold | 9/28/2022 | 6 | $1,500.00 | Created 13-week cashflow projections, this is based on looking at the last months trends, information regarding project schedules received from Project Managers, discussing and confirming upcoming collection as well as obligation over this 13-week period. Once completed the 13-week is emailed over to Dwayne, Ben, Danielle, & the bank. | Financial Projections and Valuation | |
| Gloria Pankowski | 9/29/2022 | 8 | $1,000.00 | (August Closing) Preformed all necessary bookkeeping to help ensure that the financials were correct, tasks includes reviewing the Trail Balance for abnormal balance and investigating any potential errors and correcting, performing Prepaid Insurance Calculations , Expense Schedules, Loan Amortization, etc.; update and cross referencing all workpapers which is then saved on shared drive and draft financials are sent to management (Amanda, Michelle, Ben, & Danielle)to review & approve. | Bookkeeping/Accounting | (7) |
| Michelle Ringold | 9/29/2022 | 2 | $500.00 | Prepare Agenda & notes for Financial Status meeting, which includes discussing overall performance of projects, profit margins, drivers behind fluctuations, cost cutting, and best practices | Financial Projections and Valuation | |
| Michelle Ringold | 9/29/2022 | 1 | $250.00 | Conducted 1 hour financial status meeting with owners & managers to discuss August financial results (Attendees Michelle, Dwayne, Ben, Bill, Amanda) | Bookkeeping/Accounting | |
| Michelle Ringold | 9/29/2022 | 1 | $250.00 | Per Ben needed to make some updates on the Work In Progress Schedule met with accounting (Amanda & Danielle) to update info per discussion with owners | Bookkeeping/Accounting | |
| Amanda Silver | 9/30/2022 | 2 | $300.00 | Validated Accruals for all liabilities reflected on the Balance Sheet (i.e Loans, Payroll, Insurance, Union, Leases), by utilizing source documents (Payroll register, Union Reports, Insurance Declaration Page, Loan & Lease Statements). | Bookkeeping/Accounting | |
| Gloria Pankowski | 9/30/2022 | 4 | $500.00 | Reviewed and validated Credit card & Bank transactions, ensuring they were posted to the proper project & or GL account reconciliations, investigated any transaction that we did not have the proper support to, and made reclassification in Foundation to transactions that had been posted incorrectly. | Bookkeeping/Accounting | (7) |
| Gloria Pankowski | 10/3/2022 | 5 | $625.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 10/5/2022 | 2 | $250.00 | Update fixed asset report to reflect monthly Depreciation amounts, add and/or delete assets, and book Depreciation for the month in Foundations. | Bookkeeping/Accounting | |
| Gloria Pankowski | 10/5/2022 | 1.75 | $218.75 | Updated Debt schedule to ensure proper terms and amount owed are reflected properly on the financials and emailed over to Michelle for Review & approval. | Bookkeeping/Accounting | (7) (9) |
| Gloria Pankowski | 10/5/2022 | 1 | $125.00 | Meeting with Michelle to discuss requirements of monthly BK reporting report | Cash Report Preparation | |
| Michelle Ringold | 10/5/2022 | 6 | $1,500.00 | Assisted D.sparks with reconciling payroll taxes and making the necessary corrections to ensure that the system was calculating properly and reconcile Foundation payroll reports back to the 941 payroll tax forms through 9/30 | Bookkeeping/Accounting | |
| Gloria Pankowski | 10/5/2022 | 0.25 | $31.25 | Meeting with Michelle to discuss discrepancies reflected on the Work In Progress schedule. | Bookkeeping/Accounting | (9) |
| Amanda Silver | 10/5/2022 | 2.5 | $375.00 | Prepared Work In Progress Report, which includes pulling information from Foundations by project and reconciling contract values & billings to the actual invoices approved by the customer. | Bookkeeping/Accounting | |
| Michelle Ringold | 10/6/2022 | 4 | $1,000.00 | Updated 5-year financial projections for owners & potential investors | Financial Projections and Valuation | |
| Amanda Silver | 10/6/2022 | 4 | $600.00 | Assist Danielle with Payroll errors/Adjustments; Due to a system error we had to reconcile & fix some Union & Tax Calculation errors. | Bookkeeping/Accounting | |
| Michelle Ringold | 10/10/2022 | 4 | $1,000.00 | Prepared 2021 1120 tax return | Bookkeeping/Accounting | |
| Gloria Pankowski | 10/11/2022 | 3 | $375.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 10/12/2022 | 0.25 | $62.50 | Reconcile Accounts Payable GL Account to Accounts Payable Aging | Bookkeeping/Accounting | (9) |
| Michelle Ringold | 10/12/2022 | 0.75 | $187.50 | Meeting with Ben & Dwayne to discuss 13-week cashflow | Financial Projections and Valuation | (9) |
| Michelle Ringold | 10/12/2022 | 3 | $750.00 | Bartech Group of Illinois - Initial Debtor Interview conducted by Ifeoma Oraegbu | Financial Projections and Valuation | |
| Gloria Pankowski | 10/18/2022 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 10/18/2022 | 4 | $1,000.00 | Review, Validate, workpapers & financial statement information to ensure accuracy before finalizing, and sending over to owners | Bookkeeping/Accounting | |
| Gloria Pankowski | 10/19/2022 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 10/19/2022 | 6 | $1,500.00 | Reconcile Union information in Foundations to actual reports, and corrected errors including accrual adjustments. | Bookkeeping/Accounting | (7) |
| Amanda Silver | 10/19/2022 | 0.5 | $75.00 | Assist with payroll calculation issues related to employee mot being setup correctly. | Bookkeeping/Accounting | |
| Amanda Silver | 10/20/2022 | 1 | $150.00 | Conducted Billing meeting with Dwayne, Ben, & PMS | Bookkeeping/Accounting | |
| Amanda Silver | 10/21/2022 | 0.5 | $75.00 | meeting with Michelle to discuss financial report format needed for investors | Bookkeeping/Accounting | |
| Gloria Pankowski | 10/25/2022 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 10/25/2022 | 3 | $450.00 | Prepared Work In Progress Report, which includes pulling information from Foundations by project and reconciling contract values & billings to the actual invoices approved by the customer. | Bookkeeping/Accounting | |
| Michelle Ringold | 10/26/2022 | 8 | $2,000.00 | Preformed Inventory Configuration & Setup in Foundations software onsite | Bookkeeping/Accounting | |
| Amanda Silver | 10/27/2022 | 5 | $750.00 | Finalize August Financials; review Gloria's workpapers and reconcile to source documents, review financials to ensure they are correct, sign off, and submit final to Michelle for approval | Bookkeeping/Accounting | (7) |
| Michelle Ringold | 10/27/2022 | 6 | $1,500.00 | Prepare financial information for Investor meeting, included Income Statement, Balance sheet, WIP, and projections. | Bookkeeping/Accounting | |
| Gloria Pankowski | 11/1/2022 | 6 | $750.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 11/1/2022 | 5 | $750.00 | Setup PM user;Train PM on Foundation Reports including Job cost detail reports, over/underbilling reports, & committed cost reports | Bookkeeping/Accounting | (7) |
| Gloria Pankowski | 11/2/2022 | 8 | $1,000.00 | Update Job costing information, change status to close for completed projects | Bookkeeping/Accounting | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Michelle Ringold | 11/2/2022 | 6 | $1,500.00 | Update/Created 13-week cashflow projections, this is based on looking at the last months trends, information regarding project schedules received from Project Managers, discussing and confirming upcoming collection as well as obligation over this 13-week period. Once completed the 13-week is emailed over to Dwayne, Ben, Danielle, & the bank. | Financial Projections and Valuation | (7) |
| Amanda Silver | 11/2/2022 | 2 | $300.00 | Train Inventory Manager on Foundation System | Operational Improvement & Related Matters | |
| Gloria Pankowski | 11/3/2022 | 2 | $250.00 | Pulled payroll registers and calculated the payroll accrual amount for the month. | Bookkeeping/Accounting | (7) |
| Gloria Pankowski | 11/3/2022 | 4 | $500.00 | Assisted with updating financial projections, this including validating balances & trends and updating excel template. | Financial Projections and Valuation | |
| Gloria Pankowski | 11/3/2022 | 2 | $250.00 | Trained with Amanda on worker's comp & GL insurance analysis to ensure the expense and accrual is reflecting properly in the financial statements. | Bookkeeping/Accounting | |
| Amanda Silver | 11/3/2022 | 2 | $300.00 | Trained Gloria on worker's comp & GL insurance analysis to ensure the expense and accrual is reflecting properly in the financial statements. | Bookkeeping/Accounting | |
| Amanda Silver | 11/7/2022 | 2 | $300.00 | Asst. with setting up PM user & time tracking training | Operational Improvement & Related Matters | |
| Gloria Pankowski | 11/8/2022 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 11/8/2022 | 1 | $150.00 | Meeting with Ben to discuss project overruns | Operational Improvement & Related Matters | |
| Michelle Ringold | 11/9/2022 | 8 | $2,000.00 | Onsite for Insurance audit; pulling various reports & reconciling to source documents & Answering the auditors questions. | Bookkeeping/Accounting | (7) |
| Gloria Pankowski | 11/14/2022 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 11/16/2022 | 2 | $250.00 | Reconciling Joint Accounts Reivable & Accounts Payable Activity, any difference were investigated & resolved. Final reconciliation report was supplied to Ben & Dwayne. | Bookkeeping/Accounting | |
| Amanda Silver | 11/16/2022 | 2 | $300.00 | Conducted Billing meeting with Dwayne, Ben, & PMS | Bookkeeping/Accounting | |
| Gloria Pankowski | 11/17/2022 | 2 | $250.00 | Calculating and recording the proper accrual amounts for payroll, union, loans, leases, credit cards to ensure the liability section of the Balance Sheet was properly reflected. | Bookkeeping/Accounting | |
| Gloria Pankowski | 11/17/2022 | 2 | $250.00 | Calculated and update the prepaid insurance schedule and recorded the proper amounts in Foundations. | Bookkeeping/Accounting | |
| Gloria Pankowski | 11/17/2022 | 2 | $250.00 | Reconcile and updated September fixed asset schedule and recorded the depreciation amount in Foundations | Bookkeeping/Accounting | |
| Gloria Pankowski | 11/17/2022 | 2 | $250.00 | Reconcile & updated loan & debt schedules and submitted to Ben & Dwayne. | Closing Statements and Account Reconciliation | |
| Gloria Pankowski | 11/18/2022 | 8 | $1,000.00 | Trained with Michelle on BK report requirements & methodology (4hours); After training session performed the functions on the actual data and put a draft report together for review to make sure it was correct. | Cash Report Preparation | |
| Michelle Ringold | 11/18/2022 | 4 | $1,000.00 | Developed methodology & Trained Gloria for pulling required inf for BK Reporting | Cash Report Preparation | (7) |
| Gloria Pankowski | 11/21/2022 | 6 | $750.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 11/21/2022 | 2 | $300.00 | Conducted WIP Meeting with Michelle, Dwayne, Ben, & Project Managers | Bookkeeping/Accounting | |
| Gloria Pankowski | 11/22/2022 | 2 | $250.00 | Reconciling AR & AP detail ledger activity to the actual Aging Reports. | Bookkeeping/Accounting | |
| Gloria Pankowski | 11/22/2022 | 4 | $500.00 | Completed the actual monthly BK report. | Cash Report Preparation | |
| Michelle Ringold | 11/22/2022 | 4 | $1,000.00 | Review, Validate, workpapers & financial statement information for the month of September to ensure accuracy before finalizing, and sending over to owners | Bookkeeping/Accounting | (7) |
| Amanda Silver | 11/22/2022 | 3 | $450.00 | Prepared Work In Progress Report, which includes pulling information from Foundations by project and reconciling contract values & billings to the actual invoices approved by the customer. | Bookkeeping/Accounting | |
| Gloria Pankowski | 11/23/2022 | 1 | $125.00 | Make requested updates to financials (based off of review notes received) | Bookkeeping/Accounting | |
| Michelle Ringold | 11/23/2022 | 4 | $1,000.00 | Update cashflow & Financial projections and submitted to owners | Financial Projections and Valuation | |
| Gloria Pankowski | 11/28/2022 | 8 | $1,000.00 | Identified old transaction, investigated and cleaned up in Foundations. | Bookkeeping/Accounting | (7) |
| Amanda Silver | 11/28/2022 | 1 | $150.00 | Pulled several GL accounts transitions and review for accuracy in efforts to update cashflow report. | Bookkeeping/Accounting | |
| Gloria Pankowski | 11/29/2022 | 6 | $750.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 11/29/2022 | 4 | $600.00 | Finalize September Financials, rolled into our format, ensured all changes were made and everything was reflected properly & sent to Michelle for Final approval | Bookkeeping/Accounting | |
| Michelle Ringold | 11/29/2022 | 2 | $500.00 | Meeting with owners (Ben & Dwayne) to discuss cost reduction | Operational Improvement & Related Matters | |
| Amanda Silver | 11/30/2022 | 2 | $300.00 | Assist with Union Accrual reconciliation, recalculated & validated to the actual Union reports | Bookkeeping/Accounting | |
| Michelle Ringold | 11/30/2022 | 2 | $500.00 | Performed final review to make sure all updates were made and the revised financials were correct. | Bookkeeping/Accounting | |
| Michelle Ringold | 11/30/2022 | 1 | $250.00 | Conducted meeting with Investors to review most recent financial statements & projections | Financial Projections and Valuation | |
| Michelle Ringold | 11/30/2022 | 1 | $250.00 | Conducted financial meeting with owners to discuss overall performance, reviewed Income Statement, Balance Sheet, WIP, & Projections. | Operational Improvement & Related Matters | |
| Michelle Ringold | 12/1/2022 | 2 | $500.00 | Status Meeting with Management/Executive Team, to discuss financial status of the company & proposed cuts to overhead (Dwayne, Ben, Wendy, Joe, Danielle all attended) | Financial Projections and Valuation | |
| Amanda Silver | 12/1/2022 | 2 | $300.00 | Status Meeting with Management/Executive Team, to discuss financial status of the company & proposed cuts to overhead (Dwayne, Ben, Wendy, Joe, Danielle all attended) | Financial Projections and Valuation | |
| Gloria Pankowski | 12/2/2022 | 2 | $250.00 | Rollover October Workpapers and make all necessary updates for November. | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/6/2022 | 6 | $750.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 12/7/2022 | 4 | $600.00 | Prepared WIP Schedule, used information retrieve from Foundations, owners & PMs to update this schedule. | Bookkeeping/Accounting | (4) |
| Amanda Silver | 12/8/2022 | 1 | $150.00 | Made Updates to Completion percentages reflected on WIP per pumps | Bookkeeping/Accounting | |
| Amanda Silver | 12/9/2022 | 1.5 | $225.00 | Assisted with Payroll adjustments, Payroll burden was not calculated properly. | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/13/2022 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 12/14/2022 | 4 | $500.00 | Updated and corrected labor burden rates in Foundation | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/15/2022 | 2 | $250.00 | Reconciling Joint AR & AP Activity, made adjustments and submitted report to Ben & Dwayne | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/16/2022 | 2.5 | $312.50 | Investigated & correct Accrual balance reflected on the balance sheet. | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/16/2022 | 4.5 | $562.50 | Work on actual Monthly BK Report, involved pulling all activity from the 5 bank accounts & reporting it correctly on the form and ensuring everything reconciled. | Cash Report Preparation | |
| Gloria Pankowski | 12/16/2022 | 1 | $125.00 | Reconciled & made necessary correction to the AP & AR balance reflected in Foundation. | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/19/2022 | 4 | $500.00 | Update Fixed asset schedule & recorded Depreciation. | Bookkeeping/Accounting | |
| Amanda Silver | 12/19/2022 | 2.5 | $375.00 | Conduct Billing meeting with Dwayne, Ben, Danielle, & PMs | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/20/2022 | 1 | $125.00 | Finalizing Monthly BK report | Cash Report Preparation | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gloria Pankowski | 12/20/2022 | 7 | $875.00 | (October Closing) Preformed all necessary bookkeeping to help ensure that the financials were correct, tasks includes reviewing the Trail Balance for abnormal balance and investigating any potential errors and correcting, performing Prepaid Insurance Calculations , Expense Schedules, Loan Amortization, etc.; update and cross referencing all workpapers which is then saved on shared drive and draft financials are sent to management (Amanda, Michelle, Ben, & Danielle)to review & approve. | Bookkeeping/Accounting | (7) |
| Amanda Silver | 12/20/2022 | 4 | $600.00 | Reconciling Insurance & Payroll burden to Declaration info | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/21/2022 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 12/21/2022 | 2 | $300.00 | Conducting WIP meeting in attendance Dwayne, Ben, Danielle, Michelle, Joe, & PMs | Bookkeeping/Accounting | |
| Amanda Silver | 12/22/2022 | 1 | $150.00 | Pulled committed cost reports from Foundations & investigated and made needed corrections | Bookkeeping/Accounting | |
| Amanda Silver | 12/22/2022 | 4 | $600.00 | Reconcile employer's burden cost and made needed updates to ensure Job Cost Burden was reflected properly. | Bookkeeping/Accounting | |
| Amanda Silver | 12/22/2022 | 3 | $450.00 | 3 Update WIP report based on new margins supplied by Bartech & train Gloria on how to make these WIP updates. | Bookkeeping/Accounting | (7) |
| Gloria Pankowski | 12/27/2022 | 6 | $750.00 | Reconciling AIA Billing approved by customers to Job Cost Reports, identified errors and corrected in Foundations. | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/28/2022 | 2 | $250.00 | Met with Amanda, Danielle to go over billing corrections and to come up with a plan to prevent this from happening in the future. | Operational Improvement & Related Matters | |
| Gloria Pankowski | 12/28/2022 | 2 | $250.00 | Rollover and set up workpapers for November and updated all templates. | Bookkeeping/Accounting | (7) |
| Gloria Pankowski | 12/28/2022 | 4 | $500.00 | Reconcile adjustments made after Oct. financials were issued to ensure accuracy. | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/29/2022 | 4 | $500.00 | Cleaning up job cost to reflect proper estimates & contract values per AIA billings. | Bookkeeping/Accounting | |
| Gloria Pankowski | 12/29/2022 | 4 | $500.00 | Reconcile retained earnings to ensure the amount was correct on the balance sheet. | Bookkeeping/Accounting | |
| Gloria Pankowski | 1/2/2023 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 1/2/2023 | 4 | $1,000.00 | Putting together financial packet for potential investor, including a narrative on financial performance. | Financial Projections and Valuation | |
| Gloria Pankowski | 1/4/2023 | 8 | $1,000.00 | Research and investigate payroll accrual/recording errors, and made the needed adjustments in Foundations. | Bookkeeping/Accounting | (7) |
| Michelle Ringold | 1/4/2023 | 4 | $1,000.00 | Update/Created 13-week cashflow projections, this is based on looking at the last months trends, information regarding project schedules received from Project Managers, discussing and confirming upcoming collection as well as obligation over this 13-week period. Once completed the 13-week is emailed over to Dwayne, Ben, Danielle, & the bank. | Financial Projections and Valuation | |
| Amanda Silver | 1/4/2023 | 3 | $450.00 | Continued- Update/Created 13-week cashflow projections, this is based on looking at the last months trends, information regarding project schedules received from Project Managers, discussing and confirming upcoming collection as well as obligation over this 13-week period. Once completed the 13-week is emailed over to Dwayne, Ben, Danielle, & the bank. | Financial Projections and Valuation | |
| Gloria Pankowski | 1/5/2023 | 4 | $500.00 | Investigate AR/Billing differences between what was reflected in Foundation and that approval approve AIA Invoice and made all the necessary questions. | Bookkeeping/Accounting | (7) |
| Michelle Ringold | 1/5/2023 | 4 | $1,000.00 | Assist with reconciling payroll reports, payments, & amounts reflected on AP Aging | Bookkeeping/Accounting | |
| Amanda Silver | 1/5/2023 | 5 | $750.00 | Prepared WIP Schedule, used information retrieve from Foundations, owners & PMs to update this schedule. | Bookkeeping/Accounting | |
| Gloria Pankowski | 1/10/2023 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 1/11/2023 | 4 | $1,000.00 | Made updates to financials per discussion with owners, received several revision related to project profit margins. | Financial Projections and Valuation | |
| Gloria Pankowski | 1/12/2023 | 4 | $500.00 | Prepared monthly BK report, based on 5 bank accounts activity, ensuring that everything was reflected properly & reconciled. | Cash Report Preparation | |
| Michelle Ringold | 1/12/2023 | 2 | $500.00 | Assisted with the Overhead budget, retrieving data from Foundation and updating the Overhead Budget Template. | Financial Projections and Valuation | |
| Amanda Silver | 1/12/2023 | 0.5 | $75.00 | Help new staff with Foundation access | Operational Improvement & Related Matters | |
| Gloria Pankowski | 1/13/2023 | 6 | $750.00 | Performed AP & AR Joint Check Reconciliation | Bookkeeping/Accounting | |
| Michelle Ringold | 1/13/2023 | 4 | $1,000.00 | Created a time study related to accounting tasks for owners | Operational Improvement & Related Matters | (4) |
| Amanda Silver | 1/13/2023 | 1 | $150.00 | Asst. with time study, per Dwayne wanted to analyze staff productivity | Operational Improvement & Related Matters | |
| Gloria Pankowski | 1/17/2023 | 8 | $1,000.00 | (November Closing) Preformed all necessary bookkeeping to help ensure that the financials were correct, tasks includes reviewing the Trail Balance for abnormal balance and investigating any potential errors and correcting, performing Prepaid Insurance Calculations , Expense Schedules, Loan Amortization, etc.; update and cross referencing all workpapers which is then saved on shared drive and draft financials are sent to management (Amanda, Michelle, Ben, & Danielle)to review & approve. | Bookkeeping/Accounting | (7) |
| Amanda Silver | 1/17/2023 | 2.5 | $375.00 | Assist Gloria with reconciling Insurance accruals | Bookkeeping/Accounting | |
| Gloria Pankowski | 1/18/2023 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 1/18/2023 | 4 | $1,000.00 | Provided training on Foundation & WIP to New Accounting Team | Operational Improvement & Related Matters | |
| Amanda Silver | 1/20/2023 | 4 | $600.00 | Update New burden rates in Foundations | Bookkeeping/Accounting | |
| Gloria Pankowski | 1/20/2023 | 4 | $500.00 | Prepared monthly BK report, based on 5 bank accounts activity, ensuring that everything was reflected properly & reconciled. | Cash Report Preparation | |
| Gloria Pankowski | 1/20/2023 | 1 | $125.00 | Reconciling AP & AR aging report to GL activity & making necessary updates. | Bookkeeping/Accounting | |
| Michelle Ringold | 1/20/2023 | 2 | $500.00 | Assist Gloria with finding discrepancies on report for BK report that was not reconciling. | Cash Report Preparation | |
| Gloria Pankowski | 1/23/2023 | 3 | $375.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 1/24/2023 | 1.5 | $187.50 | Continue Reconciling AP & AR aging report to GL activity & making necessary updates. | Bookkeeping/Accounting | |
| Gloria Pankowski | 1/24/2023 | 2.5 | $312.50 | Calculating and recording accruals for November to ensure liabilities are reflected properly on the balance sheet | Bookkeeping/Accounting | |
| Amanda Silver | 1/24/2023 | 1.5 | $225.00 | Prepare WIP schedule, pulling information from Foundations & source documents & updating template | Bookkeeping/Accounting | |
| Amanda Silver | 1/25/2023 | 2.5 | $375.00 | Continued to Prepare WIP schedule, pulling information from Foundations & source documents & updating template | Bookkeeping/Accounting | |
| Gloria Pankowski | 1/26/2023 | 3.5 | $437.50 | Nov2023 financial Preparation- Preformed various Bookkeeping tasks required. | Bookkeeping/Accounting | (4) |
| Gloria Pankowski | 1/26/2023 | 4.5 | $562.50 | revised Oct thru Dec BK reports per trustee to reflect the Joint Check activity. | Cash Report Preparation | |
| Amanda Silver | 1/26/2023 | 4.5 | $675.00 | QA financials, review workpapers, source documents, & financials and submitted adjustments needed to Gloria | Bookkeeping/Accounting | (7) |
| Michelle Ringold | 1/26/2023 | 4 | $1,000.00 | Meeting with PMs and provided training on WIP & Job Cost | Operational Improvement & Related Matters | (7) |
| Gloria Pankowski | 1/27/2023 | 4 | $500.00 | Made final adjustment and finalized external financials for November | Bookkeeping/Accounting | |
| Michelle Ringold | 1/27/2023 | 4 | $1,000.00 | Updated Inventory Module in Foundation | Bookkeeping/Accounting | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gloria Pankowski | 1/30/2023 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 1/31/2023 | 4 | $500.00 | Reconcile & record adj entries for credit card transaction not enter by Danielle | Bookkeeping/Accounting | |
| Amanda Silver | 2/1/2023 | 2 | $300.00 | Assist with Payroll adjustments needed to correct errors in Foundations | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/2/2023 | 8 | $1,000.00 | Update cashflow & Financial projections and submitted to Michelle for Review | Bookkeeping/Accounting | |
| Amanda Silver | 2/2/2023 | 6 | $900.00 | Work with Insurance auditor (provide reports & other required documents) | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/3/2023 | 2 | $250.00 | Update Debt schedule per bank | Bookkeeping/Accounting | |
| Amanda Silver | 2/3/2023 | 3 | $450.00 | Continue to Work with Insurance auditor (provide reports & other required documents) | Bookkeeping/Accounting | |
| Michelle Ringold | 2/6/2023 | 2 | $500.00 | Review Debt schedule & work with Gloria to update to ensure correct reporting | Bookkeeping/Accounting | (7) |
| Amanda Silver | 2/6/2023 | 1 | $150.00 | Assist with updating amortization schedules to ensure amounts reflected on Balance Sheet is correct. | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/6/2023 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 2/7/2023 | 3 | $375.00 | Updated December Fixed Asset schedule and booked depreciation | Bookkeeping/Accounting | |
| Amanda Silver | 2/7/2023 | 3 | $450.00 | Update Labor rates in Foundation | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/8/2023 | 3.5 | $437.50 | Researching and responding to various accounting questions from investor & owners | Bookkeeping/Accounting | (4) |
| Michelle Ringold | 2/8/2023 | 6 | $1,500.00 | Assist with reconciling payroll information from Foundation to actual payments made to Government | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/8/2023 | 0.5 | $62.50 | Call with Ben to answer questions regarding the BK monthly report. | Cash Report Preparation | |
| Gloria Pankowski | 2/9/2023 | 4 | $500.00 | Preformed Credit Card reconciliations and identified transactions that were not in Foundations | Closing Statements and Account Reconciliation | |
| Gloria Pankowski | 2/10/2023 | 4 | $500.00 | Recorded missing transactions on statements into Foundations. | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/13/2023 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 2/14/2023 | 4 | $500.00 | Worked on Reconciliation for Joint Check Discrepancies | Bookkeeping/Accounting | |
| Amanda Silver | 2/14/2023 | 1 | $150.00 | Assist with reconciliation for Joint Check Discrepancies | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/15/2023 | 5 | $625.00 | Performed the accruals calculation for December and recorded in Foundations. | Bookkeeping/Accounting | (7) |
| Amanda Silver | 2/15/2023 | 1.5 | $225.00 | Meeting with Accounting to go over roles for yearend close | Operational Improvement & Related Matters | |
| Gloria Pankowski | 2/15/2023 | 1 | $125.00 | Recorded correction needed to AP & AR to ensure the aging reports were correct. | Bookkeeping/Accounting | |
| Michelle Ringold | 2/15/2023 | 6 | $1,500.00 | Update cashflow & Financial projections | Financial Projections and Valuation | (4) |
| Gloria Pankowski | 2/16/2023 | 6 | $750.00 | December 2023 financial Preparation- Preformed various Bookkeeping tasks required. | Bookkeeping/Accounting | |
| Amanda Silver | 2/17/2023 | 0.5 | $75.00 | Assist Gloria with a Insurance accrual question | Bookkeeping/Accounting | |
| Amanda Silver | 2/20/2023 | 2.5 | $375.00 | Reviewed financials & workpapers to ensure accuracy | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/20/2023 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 2/21/2023 | 1 | $150.00 | Record adjusted Journal entries needed to correct GL account balances. | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/21/2023 | 4 | $500.00 | Prepare Monthly BK Reports | Cash Report Preparation | |
| Amanda Silver | 2/22/2023 | 4 | $600.00 | updated contracts & estimates for various projects in Foundations | Bookkeeping/Accounting | |
| Michelle Ringold | 2/22/2023 | 6 | $1,500.00 | Update/Created 13-week cashflow projections, this is based on looking at the last months trends, information regarding project schedules received from Project Managers, discussing and confirming upcoming collection as well as obligation over this 13-week period. Once completed the 13-week is emailed over to Dwayne, Ben, Danielle, & the bank. | Financial Projections and Valuation | |
| Amanda Silver | 2/23/2023 | 1 | $150.00 | Assist Danielle with Billing adjustments needed to correct Foundations | Bookkeeping/Accounting | |
| Amanda Silver | 2/23/2023 | 2 | $300.00 | Assist with Payroll adjustments needed to correct errors in Foundations | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/23/2023 | 2 | $250.00 | Update cashflow & Financial projections | Financial Projections and Valuation | |
| Michelle Ringold | 2/23/2023 | 2 | $500.00 | Meet with owners (Dwayne & Ben) to review 2022 yearend results | Financial Projections and Valuation | |
| Michelle Ringold | 2/24/2023 | 2 | $500.00 | Assist with developing SOP for time tracker training | Operational Improvement & Related Matters | |
| Amanda Silver | 2/24/2023 | 3.5 | $525.00 | Train PMs on Time Tracker (Joe, Ben, Dwayne, & PMs) | Operational Improvement & Related Matters | |
| Gloria Pankowski | 2/27/2023 | 2 | $250.00 | Make requested updates to workpapers/schedules including updating references. | Bookkeeping/Accounting | |
| Michelle Ringold | 2/28/2023 | 2 | $500.00 | Review and validate December financials before issuance. | Bookkeeping/Accounting | |
| Gloria Pankowski | 2/28/2023 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 3/1/2023 | 4 | $500.00 | rollover December Workpapers and update Templates | Bookkeeping/Accounting | |
| Amanda Silver | 3/1/2023 | 2.5 | $375.00 | Pulled together all accounting documents & files for new accounting team and supplied a drop box link. | Operational Improvement & Related Matters | |
| Michelle Ringold | 3/1/2023 | 4 | $1,000.00 | Train new accounting Team on Bookkeeping Tasks & Requirements, including an overview of Foundation software | Operational Improvement & Related Matters | |
| Gloria Pankowski | 3/2/2023 | 4 | $500.00 | Calculated and recorded January accruals to ensure liabilities are reflected properly. | Bookkeeping/Accounting | |
| Michelle Ringold | 3/2/2023 | 2 | $500.00 | Assist Gloria with reconciling recording loans & leasing correctly | Closing Statements and Account Reconciliation | |
| Amanda Silver | 3/2/2023 | 3 | $450.00 | Validate AIA Billings to job cost & WIP Schedule | Bookkeeping/Accounting | |
| Gloria Pankowski | 3/3/2023 | 8 | $1,000.00 | Setup cashflow projection Template for 2023 | Financial Projections and Valuation | |
| Amanda Silver | 3/3/2023 | 2 | $300.00 | Prepared Work In Progress Report, which includes pulling information from Foundations by project and reconciling contract values & billings to the actual invoices approved by the customer. | Bookkeeping/Accounting | |
| Gloria Pankowski | 3/6/2023 | 4 | $500.00 | Preformed January Bookkeeping Tasks needed to produce financials | Bookkeeping/Accounting | |
| Gloria Pankowski | 3/6/2023 | 4 | $500.00 | Recording of actual cash transactions not reflected in Foundations | Bookkeeping/Accounting | |
| Amanda Silver | 3/6/2023 | 4 | $600.00 | Reconciled AP & AR aging to GL detail. | Bookkeeping/Accounting | |
| Michelle Ringold | 3/6/2023 | 2 | $500.00 | Accounting meeting with Ben & PMs to discuss reporting issues & Job performance | Operational Improvement & Related Matters | |
| Gloria Pankowski | 3/8/2023 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 3/8/2023 | 4 | $1,000.00 | Update/Created 13-week cashflow projections, this is based on looking at the last months trends, information regarding project schedules received from Project Managers, discussing and confirming upcoming collection as well as obligation over this 13-week period. Once completed the 13-week is emailed over to Dwayne, Ben, Danielle, & the bank. | Financial Projections and Valuation | |
| Gloria Pankowski | 3/9/2023 | 4 | $500.00 | Update Fixed Asset Schedule and record depreciation | Bookkeeping/Accounting | |
| Gloria Pankowski | 3/10/2023 | 1 | $125.00 | Made Adj entries to correct Accum. Depreciation, balance was incorrect | Bookkeeping/Accounting | |
| Gloria Pankowski | 3/13/2023 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 3/14/2023 | 6 | $750.00 | Preform Bookkeeping tasks for January financial reports | Bookkeeping/Accounting | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gloria Pankowski | 3/14/2023 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 3/14/2023 | 1.5 | $225.00 | Work with PM on Job Costing Questions | Bookkeeping/Accounting | |
| Gloria Pankowski | 3/15/2023 | 1 | $125.00 | Made requested adjustments to January financials | Bookkeeping/Accounting | |
| Michelle Ringold | 3/17/2023 | 8 | $2,000.00 | Assist with reconciling 2022 & 2023 941s to Foundation | Bookkeeping/Accounting | |
| Amanda Silver | 3/17/2023 | 0.5 | $75.00 | Asst. with setting up Worker's Comp Workpapers for new year | Bookkeeping/Accounting | |
| Gloria Pankowski | 3/20/2023 | 6 | $750.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 3/21/2023 | 8 | $1,000.00 | performed AP/AR reconciliation to ensure aging reports are correct. | Bookkeeping/Accounting | |
| Michelle Ringold | 3/21/2023 | 4 | $1,000.00 | Investigated & reconcile differences between BK report & bank activity | Cash Report Preparation | |
| Gloria Pankowski | 3/22/2023 | 2 | $250.00 | Update Debt Schedule and submitted to Dwayne & Ben | Bookkeeping/Accounting | |
| Amanda Silver | 3/22/2023 | 3 | $450.00 | Investigate & recorded Payroll Adjustments/Corrections needed in Foundations | Bookkeeping/Accounting | |
| Michelle Ringold | 3/22/2023 | 4 | $1,000.00 | research and investigate various accounting questions from investor and provided a response | Bookkeeping/Accounting | (7) |
| Gloria Pankowski | 3/23/2023 | 2 | $250.00 | Recorded adjustment related to AP entries to ensure aging reconciles to TB | Bookkeeping/Accounting | |
| Amanda Silver | 3/23/2023 | 3 | $450.00 | Update Amortization schedules and recorded in Foundations. | Bookkeeping/Accounting | |
| Michelle Ringold | 3/29/2023 | 4 | $1,000.00 | Pull together financial reports for investor including providing a summary & analysis on performance. | Financial Projections and Valuation | |
| Gloria Pankowski | 4/3/2023 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 4/3/2023 | 2 | $500.00 | Meeting with Staff to review & document tasks to ensure everything was clear for the new accounting team. | Operational Improvement & Related Matters | |
| Gloria Pankowski | 4/4/2023 | 4 | $500.00 | Rollover January Workpapers and update Templates | Bookkeeping/Accounting | |
| Gloria Pankowski | 4/4/2023 | 4 | $500.00 | Updated Monthly BK Reports | Cash Report Preparation | |
| Amanda Silver | 4/4/2023 | 3.5 | $525.00 | Prepared WIP Schedule, used information retrieve from Foundations, owners & PMs to update this schedule. | Bookkeeping/Accounting | |
| Amanda Silver | 4/5/2023 | 1 | $150.00 | Prepared Billing report for meeting with owners & PMs | Bookkeeping/Accounting | |
| Gloria Pankowski | 4/5/2023 | 3 | $375.00 | Update/Created 13-week cashflow projections, this is based on looking at the last months trends, information regarding project schedules received from Project Managers, discussing and confirming upcoming collection as well as obligation over this 13-week period. Once completed the 13-week is emailed over to Dwayne, Ben, Danielle, & the bank. | Financial Projections and Valuation | |
| Michelle Ringold | 4/5/2023 | 2 | $500.00 | Meet with owners to discuss accounting transition (Ben & Dwayne) | Operational Improvement & Related Matters | (13) |
| Michelle Ringold | 4/6/2023 | 2 | $500.00 | Provided various reports to owner, job cost reports, agings reports, and prior period financials. | Bookkeeping/Accounting | |
| Amanda Silver | 4/6/2023 | 3 | $450.00 | Reconcile AIA billings to WIP & Job Cost | Bookkeeping/Accounting | |
| Amanda Silver | 4/7/2023 | 0.5 | $75.00 | New User setup for Foundation | Operational Improvement & Related Matters | |
| Gloria Pankowski | 4/7/2023 | 2 | $250.00 | Reconcile Credit Card to ensure that all transaction were in Foundations. | Closing Statements and Account Reconciliation | |
| Michelle Ringold | 4/10/2023 | 4 | $1,000.00 | Update/Created 13-week cashflow projections, this is based on looking at the last months trends, information regarding project schedules received from Project Managers, discussing and confirming upcoming collection as well as obligation over this 13-week period. Once completed the 13-week is emailed over to Dwayne, Ben, Danielle, & the bank. | Financial Projections and Valuation | |
| Amanda Silver | 4/11/2023 | 2 | $300.00 | Document accounting processes for new accounting team and save procedures in the share drive. | Operational Improvement & Related Matters | |
| Gloria Pankowski | 4/11/2023 | 3 | $375.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 4/11/2023 | 2 | $500.00 | Meeting with owner/exec. to review performance and discuss strategy (Dwayne, Ben, Joe, & PMs) | Financial Projections and Valuation | |
| Michelle Ringold | 4/12/2023 | 6 | $1,500.00 | Prepared 2022 1120 Tax return | Bookkeeping/Accounting | |
| Amanda Silver | 4/13/2023 | 0.5 | $75.00 | Meeting with new accounting team to discuss transition | Operational Improvement & Related Matters | (13) |
| Gloria Pankowski | 4/14/2023 | 6 | $750.00 | updated all workpapers and organized for new accounting team, included renaming, enhancing references, and ensuring that all support was in one place (DropBox created) | Operational Improvement & Related Matters | |
| Gloria Pankowski | 4/17/2023 | 5 | $625.00 | Continued -Preformed Bookkeeping Tasks for Feb 2023 Financials (reconciling, updating workpapers) | Bookkeeping/Accounting | |
| Gloria Pankowski | 4/17/2023 | 3 | $375.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 4/18/2023 | 3 | $375.00 | Preformed Bookkeeping Tasks for Feb 2023 Financials (reconciling, updating workpapers) | Bookkeeping/Accounting | |
| Gloria Pankowski | 4/18/2023 | 4 | $500.00 | Prepare Monthly BK Reports | Cash Report Preparation | |
| Michelle Ringold | 4/19/2023 | 3 | $750.00 | Update financial info per owners request | Bookkeeping/Accounting | |
| Michelle Ringold | 4/19/2023 | 1 | $250.00 | Reviewed Monthly BK report before finalizing & submitting | Cash Report Preparation | |
| Gloria Pankowski | 4/21/2023 | 4 | $500.00 | Train New Accountants on bookkeeping tasks & Foundations software | Operational Improvement & Related Matters | |
| Michelle Ringold | 4/21/2023 | 4 | $1,000.00 | Train New Accountants on bookkeeping tasks & Foundations software | Operational Improvement & Related Matters | |
| Michelle Ringold | 4/21/2023 | 2 | $500.00 | Made updates to help make workpapers clear for new accounting team | Operational Improvement & Related Matters | |
| Amanda Silver | 4/21/2023 | 4 | $600.00 | Train New Accountants on bookkeeping tasks & Foundations software | Operational Improvement & Related Matters | |
| Gloria Pankowski | 4/24/2023 | 3 | $375.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 4/24/2023 | 0.5 | $75.00 | Update training and reference material for new accounting team | Operational Improvement & Related Matters | (13) |
| Amanda Silver | 4/25/2023 | 0.5 | $75.00 | Meeting with new accounting team to go over a few questions | Operational Improvement & Related Matters | (13) |
| Michelle Ringold | 4/26/2023 | 2 | $500.00 | Updated financial projections info for investor | Financial Projections and Valuation | |
| Gloria Pankowski | 4/28/2023 | 6 | $750.00 | Update/Created 13-week cashflow projections, this is based on looking at the last months trends, information regarding project schedules received from Project Managers, discussing and confirming upcoming collection as well as obligation over this 13-week period. Once completed the 13-week is emailed over to Dwayne, Ben, Danielle, & the bank. | Financial Projections and Valuation | |
| Amanda Silver | 5/1/2023 | 2 | $300.00 | Provide training to new accountant, performing a walkthrough of the WIP schedule. | Operational Improvement & Related Matters | |
| Gloria Pankowski | 5/2/2023 | 3 | $375.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 5/2/2023 | 1 | $150.00 | Continued training the new accountant on accounting procedures | Operational Improvement & Related Matters | |
| Michelle Ringold | 5/3/2023 | 6 | $1,500.00 | Update financial info per owners request | Financial Projections and Valuation | |
| Gloria Pankowski | 5/4/2023 | 1 | $125.00 | research & recorded Adj journal entries to correct billing error | Bookkeeping/Accounting | |
| Amanda Silver | 5/4/2023 | 2 | $300.00 | Recorded Payroll Adjustments/Corrections in Foundations | Bookkeeping/Accounting | |
| Michelle Ringold | 5/4/2023 | 2 | $500.00 | Analyzed & Reviewed job cost for each project to help identify cost overruns when compared to the budget. | Financial Projections and Valuation | |
| Michelle Ringold | 5/4/2023 | 2 | $500.00 | Train accounting team on how to update burden rates in Foundation. | Bookkeeping/Accounting | |
| Amanda Silver | 5/8/2023 | 1 | $150.00 | Update job cost in foundation to reflect correct contract amount and Estimates. | Bookkeeping/Accounting | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gloria Pankowski | 5/8/2023 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 5/9/2023 | 6 | $750.00 | Calculated Accrual and recorded in Foundation & updated Fixed asset schedule and record Depreciation in Foundations | Bookkeeping/Accounting | |
| Amanda Silver | 5/10/2023 | 1.5 | $225.00 | Review fixed assets & Debt schedule and reconciled to source documents and approved | Bookkeeping/Accounting | |
| Gloria Pankowski | 5/10/2023 | 6 | $750.00 | Update debt schedule & amortization schedules | Bookkeeping/Accounting | (7) |
| Gloria Pankowski | 5/11/2023 | 6 | $750.00 | Performed Bookkeeping tasks required for financials statements. | Bookkeeping/Accounting | (4) |
| Amanda Silver | 5/11/2023 | 2.5 | $375.00 | Prepared WIP Schedule, used information retrieve from Foundations, owners & PMs to update this schedule. | Bookkeeping/Accounting | |
| Gloria Pankowski | 5/12/2023 | 2 | $250.00 | Make Adjusting Journal entries to incorrect balances reflected on Trial Balance | Bookkeeping/Accounting | |
| Amanda Silver | 5/12/2023 | 2 | $300.00 | Update Job cost with correct contract value & estimates | Bookkeeping/Accounting | |
| Gloria Pankowski | 5/15/2023 | 3 | $375.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 5/15/2023 | 1.5 | $375.00 | Conducted Billing meeting with Owners & PMS | Bookkeeping/Accounting | |
| Michelle Ringold | 5/15/2023 | 0.5 | $125.00 | Conducted meeting with Amanda to discuss updates needed on Billing reports | Bookkeeping/Accounting | |
| Amanda Silver | 5/15/2023 | 2 | $300.00 | Reconcile AR & AP Aging to GL details | Bookkeeping/Accounting | |
| Amanda Silver | 5/15/2023 | 1.5 | $225.00 | Conducted Billing meeting with Owners & PMS | Bookkeeping/Accounting | |
| Amanda Silver | 5/16/2023 | 2 | $300.00 | Compile books & records for transition | Bookkeeping/Accounting | (13) |
| Gloria Pankowski | 5/16/2023 | 4 | $500.00 | Prepared Monthly BK report | Cash Report Preparation | |
| Amanda Silver | 5/17/2023 | 1 | $150.00 | Compile books & records for new accounting team and loaded into the Dropbox | Bookkeeping/Accounting | |
| Gloria Pankowski | 5/17/2023 | 6 | $750.00 | Correct previous monthly BK reports | Cash Report Preparation | (4) |
| Michelle Ringold | 5/17/2023 | 2 | $500.00 | Review validate information on monthly BK reports | Cash Report Preparation | |
| Gloria Pankowski | 5/18/2023 | 7 | $875.00 | March Financial statement Preparation | Bookkeeping/Accounting | |
| Gloria Pankowski | 5/22/2023 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Amanda Silver | 5/22/2023 | 1 | $150.00 | Review Financials and validate to workpapers & source documents to ensure accuracy, submitted needed revision to Gloria | Bookkeeping/Accounting | |
| Gloria Pankowski | 5/23/2023 | 2 | $250.00 | Recorded adjustment in Foundation in efforts to finalize financials | Bookkeeping/Accounting | |
| Amanda Silver | 5/26/2023 | 0.5 | $75.00 | Assist employee with Time tracker login issues | Operational Improvement & Related Matters | (13) |
| Gloria Pankowski | 5/30/2023 | 2 | $250.00 | Made final updates to financials before issuance. | Bookkeeping/Accounting | |
| Amanda Silver | 5/30/2023 | 2.5 | $375.00 | Trained PMs on Foundation Job Cost reports | Operational Improvement & Related Matters | (13) |
| Amanda Silver | 6/1/2023 | 2 | $300.00 | Compile books & records for transition and loaded into Drop-box | Bookkeeping/Accounting | |
| Amanda Silver | 6/5/2023 | 1.5 | $225.00 | Made Job cost updates to reflect correct burden | Bookkeeping/Accounting | |
| Gloria Pankowski | 6/5/2023 | 4 | $500.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Gloria Pankowski | 6/6/2023 | 3 | $375.00 | Preformed Bookkeeping Tasks for April 2023 Financials (reconciling, updating workpapers) | Bookkeeping/Accounting | |
| Gloria Pankowski | 6/6/2023 | 5 | $625.00 | Validate AIA Billings to job cost & each project reflected on WIP Schedule. | Bookkeeping/Accounting | |
| Gloria Pankowski | 6/7/2023 | 1 | $125.00 | Make Adj Journal entries to correct balances that were incorrect on Trial Balance | Bookkeeping/Accounting | |
| Amanda Silver | 6/8/2023 | 3 | $450.00 | Research & Record Payroll Adjustments/Corrections in Foundations | Bookkeeping/Accounting | |
| Gloria Pankowski | 6/8/2023 | 3 | $375.00 | Roll over prior month workpapers and update Templates | Bookkeeping/Accounting | |
| Gloria Pankowski | 6/13/2023 | 2 | $250.00 | Continued -Preformed Bookkeeping Tasks for April 2023 Financials (reconciling, updating workpapers) | Bookkeeping/Accounting | |
| Amanda Silver | 6/13/2023 | 2 | $300.00 | update amortization schedules and prepare Journal Entry | Bookkeeping/Accounting | |
| Gloria Pankowski | 6/15/2023 | 5 | $625.00 | updated debt schedules; fixed assets schedules and made entries in Foundations. | Bookkeeping/Accounting | (7) |
| Gloria Pankowski | 6/15/2023 | 2.5 | $312.50 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 6/16/2023 | 4 | $1,000.00 | Preparation of Financial info for investors including narrative & analysis | Bookkeeping/Accounting | |
| Gloria Pankowski | 6/16/2023 | 3 | $375.00 | Prepared Monthly BK Reports | Cash Report Preparation | |
| Amanda Silver | 6/16/2023 | 3 | $450.00 | Updated WIP schedule with updated profit margins and recorded in Foundations. | Bookkeeping/Accounting | |
| Michelle Ringold | 6/19/2023 | 1 | $250.00 | Continue -Preparation of Financial info for investors, updated projections | Financial Projections and Valuation | |
| Gloria Pankowski | 6/20/2023 | 8 | $1,000.00 | Work on Validating on Balance sheet items and ensure source documents & schedule are in shared folder | Bookkeeping/Accounting | |
| Gloria Pankowski | 6/20/2023 | 2 | $250.00 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 6/20/2023 | 4 | $1,000.00 | Continue Preparation of Financial info for investors including narrative & analysis | Financial Projections and Valuation | |
| Amanda Silver | 6/21/2023 | 3.5 | $525.00 | Compile books & records for new accounting team and loaded into the Dropbox | Operational Improvement & Related Matters | |
| Michelle Ringold | 6/21/2023 | 2 | $500.00 | Continue -Preparation of Financial info for investors, updated projections | Financial Projections and Valuation | |
| Amanda Silver | 6/26/2023 | 0.25 | $37.50 | Recorded Adj Journal entry to correct loan balance | Bookkeeping/Accounting | (9) |
| Gloria Pankowski | 6/27/2023 | 1 | $125.00 | Preformed Bookkeeping Tasks for May 2023 Financials (reconciling, updating workpapers) | Bookkeeping/Accounting | |
| Amanda Silver | 6/27/2023 | 1 | $150.00 | Setup new user setup in Foundations | Operational Improvement & Related Matters | |
| Michelle Ringold | 6/28/2023 | 2 | $500.00 | Review financials & documents including workpapers & support before finalizing & submitting | Bookkeeping/Accounting | |
| Gloria Pankowski | 6/29/2023 | 1 | $125.00 | Continued -Preformed Bookkeeping Tasks for May 2023 Financials (reconciling, updating workpapers) | Bookkeeping/Accounting | |
| Amanda Silver | 6/29/2023 | 1.25 | $187.50 | Research and record Payroll Adjustments in Foundations. | Bookkeeping/Accounting | (9) |
| Gloria Pankowski | 6/30/2023 | 2 | $250.00 | Continued -Preformed Bookkeeping Tasks for May 2023 Financials (reconciling, updating workpapers) | Bookkeeping/Accounting | |
| Amanda Silver | 7/5/2023 | 0.25 | $37.50 | Compile books & records and upload to Drop Box for new accounting team. | Bookkeeping/Accounting | (9) |
| Gloria Pankowski | 7/5/2023 | 4.5 | $562.50 | Bartech Weekly Cash Report Preparation (5 bank accounts); This includes comparing what is in Foundation accounting system & what is reflected in the bank activity, updating actual cash count excel spreadsheet and identifying transactions that need to be enter into Foundations. Cash report is sent to Dwayne, Ben, & Danielle. | Cash Report Preparation | |
| Michelle Ringold | 7/5/2023 | 1 | $250.00 | Transition meeting with new accounting team to discuss a few questions regarding accounting procedures | Operational Improvement & Related Matters | |
| Gloria Pankowski | 7/6/2023 | 0.5 | $62.50 | Continued -Preformed Bookkeeping Tasks for May 2023 Financials (reconciling, updating workpapers) | Bookkeeping/Accounting | |
| Amanda Silver | 7/6/2023 | 0.75 | $112.50 | Compile books & records and upload to Drop Box for new accounting team. | Bookkeeping/Accounting | (9) |
| Michelle Ringold | 7/6/2023 | 2 | $500.00 | Continued -Transition meeting to answer accounting questions around WIP schedule | Operational Improvement & Related Matters | |
| Gloria Pankowski | 7/7/2023 | 1.5 | $187.50 | Continued -Preformed Bookkeeping Tasks for May 2023 Financials (reconciling, updating workpapers) | Bookkeeping/Accounting | |
| | TOTALS: | **965.5** | **$156,025.00** | | | |